UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHELIEU FOODS, INC.,

                         Plaintiff,                 09 Civ. 1433 (LAP)(DF)

        -against-                              **AMENDED SCHEDULING ORDER**
(Case number correction only)

CUPS4YOU, USA, et. al.

                       Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held a telephone conference with counsel for all parties on May 21, 2009, it is hereby ORDERED as follows:

      1.     No later than June 22, 2009, all parties shall serve initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

      2.     No later than June 30, 2009, all parties shall serve their first sets of document requests and interrogatories, which may exceed the scope permitted by Local Civil Rule 33.3(a).

      3.     Any motions to amend the pleadings or for joinder of additional parties shall be made no later than August 21, 2009.

      4.     Expert discovery shall be completed in accordance with the following schedule:

          a.     Plaintiff's expert reports, if any, shall be served no later than January 15, 2010.

          b.     Defendants' expert reports, if any, shall be served no later than March 15, 2010.

    c.  All expert discovery shall be completed by March 31, 2010.

  5.  The parties shall participate in a follow-up telephone conference call with this Court on July 29, 2009, at 10:00 a.m., and are directed jointly to initiate such call to my chambers on that date.

Dated: New York, New York
    June 5, 2009

                  SO ORDERED

                  _____
                  DEBRA FREEMAN
                  United States Magistrate Judge

<u>Copies to:</u>

Eric Dranoff, Esq.
Saretsky Katz Dranoff & Glass, L.L.P.
475 Park Avenue South, 26th Fl.
New York, NY 10016

Paul E. Asfendis, Esq.
Mark S. Sidoti, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York , NY 10119